IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JASON MURPHY,

    Plaintiff,

v.                                                     CIVIL ACTION NO.: 3:17-CV-42
                                                          (GROH)

JET BLUE AIRWAYS CORPORATION
and SPIRIT AIRLINES, INC.,

    Defendants.

## ORDER DISMISSING CASE

Inasmuch as the Court has received notice that the parties have reached a settlement agreement on all issues in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record and the *pro se* Plaintiff.

**DATED:** April 27, 2017

*/s/ Gina M. Groh*
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE